Suto *v.* Marmo et ux., Appellants.

Submitted November 24, 1975. *Paul H. Titus, Jon Hogue,* and *Kaufman & Harris,* for appellants; No appearance entered nor brief submitted for appellee.
Order affirmed.

Vassallo, et al., Appellant, *v.* Rolling Hill Hospital and Diagnostic Center, et al.

Argued December 9, 1975. *Steven D. Weinstein,* with him *Edwin F. Saltzberg,* for appellant; *Harold B. Marcus,* for appellees.
Order affirmed.

Venables Appeal.

Before CATANIA, J.

Argued December 9, 1975. *Richard S. Packel,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio* and *A. Leo Sereni,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for appellee.
Order affirmed.